FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-CR-00144-SMJ-10 |
| Plaintiff, | |
| v. | **PROTECTIVE ORDER** |
| KEVIN BROADNAX, JR., (10), | |
| Defendant. | |

Before the Court, without oral argument, is the USAO's Motion to Expedite Motion for a Protective Order, **ECF No. 318,** and Motion for Protective Order, **ECF No. 117.** The Court is fully informed and grants the motions.

//

//

//

//

//

//

//

Accordingly, **IT IS HEREBY ORDERED**:

ORDER **-** 1

1. The USAO's Motion to Expedite, **ECF No. 318**, is **GRANTED**.

2. The USAO's Motion for Protective Order, **ECF No. 317**, is **GRANTED.**

3. The Court enters the discovery protective order at **ECF No. 175,** as to Defendant Broadnax.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 28th day of March 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge