# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Broadnax Jr., Kevin | Docket No. | 0980 2:15CR00144-SMJ-10 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Charles J. Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kevin Broadnax, Jr., who was placed under pretrial release supervision by the Honorable U.S. District Judge Salvador Mendoza sitting in the court at Richland, Washington, on the 12th day of May, 2016, under the following conditions:

**Condition #7:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Condition #13:** Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant failed to report by phone on Monday, May 16, 2016, as directed.

**Violation #2:** The defendant failed to report for a random urine test on May 19, 2016.

**PRAYING THAT THE COURT WILL ORDER A WARRANT**

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   May 25, 2016 |
| by | s/Charles J. Kuipers |
|  | Charles J. Kuipers<br>U.S. Pretrial Services Officer |

Re: Broadnax Jr., Kevin
May 25, 2016
Page 2

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

05/25/2016
Date