✎ PS 8
(3/15)

Case 2:15-cr-00144-SMJ   Document 460   Filed 05/27/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2016

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
for
Eastern District of Washington

| U.S.A. vs. | Broadnax Jr., Kevin | Docket No. | 0980 2:15CR00144-SMJ-10 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Charles J. Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kevin Broadnax, Jr., who was placed under pretrial release supervision by the Honorable U.S. District Judge Salvador Mendoza sitting in the court at Richland, Washington, on the 12th day of May, 2016, under the following conditions:

**Condition #13:** Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3:** The defendant failed to report for a random urine test on May 25, 2016.

**PRAYING THAT THE COURT WILL INCORPORATE THE VIOLATION(S) CONTAINED IN THIS PETITION WITH THE OTHER VIOLATIONS PENDING BEFORE THE COURT.**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 26, 2016

by   s/Charles J. Kuipers

Charles J. Kuipers
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[XX]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

05/27/2016
Date