UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2016

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Broadnax Jr., Kevin | Docket No. | 0980 2:15CR00144-SMJ-10 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Charles J. Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kevin Broadnax, Jr., who was placed under pretrial release supervision by the Honorable U.S. District Judge Salvador Mendoza sitting in the court at Richland, Washington, on the 12th day of May, 2016, under the following conditions:

**Condition #2:** Defendant shall not commit any offense in violation of federal, state, or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:** The defendant violated this condition by being arrested on June 27, 2016, on charges of second degree possession of stolen property and making false statements to public servant.

**PRAYING THAT THE COURT WILL INCORPORATE THE VIOLATION(S) CONTAINED IN THIS PETITION WITH THE OTHER VIOLATIONS PENDING BEFORE THE COURT.**

---

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 30, 2016

by  s/Charles J. Kuipers

Charles J. Kuipers
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

07/01/2016
Date